# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
)
vs )
)
Joel Lopez )
)
)
)

CASE NUMBER 16 m 8431-1

ABSTRACT OF ORDER

Booking No. 56813298

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of _____ 5/20/2016 _____

the Court entered the following order:

✓ _____ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release.

✓ _____ Defendant released on $ 20,000 p/s w/ $2,000 deposit bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case dismissed.

_____ Case dismissed, charges pending in case no. _____

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other. _____

NITA L. STORMES
UNITED STATES MAGISTRATE JUDGE

OR

JOHN MORRILL          Clerk
by _____ Deputy Clerk

Received _____
DUSM

Crim-9   (Rev. 8-11)                                      ★ U.S. GPO: 1996-783-398/40151

CLERK'S COPY