# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>     v.<br><br>JOEL LOPEZ (1),<br><br>                  Defendant. | Criminal Case No. 16CR1286-H<br><br>ORDER ACCEPTING PLEA AND DEFERRING ENTRY OF JUDGMENT |

    No objections having been filed, IT IS HEREBY ORDERED that the Findings and Recommendation of the Magistrate Judge are adopted and this Court accepts Defendant's PLEA OF GUILTY to Count 1 of the Information.

    IT IS FURTHER ORDERED that the Defendant be admitted to the Diversion Program (Non-APS), that sentencing and the entry of judgment be deferred for at least one year consistent with the plea agreement, that time is excluded under the Speedy Trial Act pursuant to Title 18, U.S.C. § 3161(h)(2), and that matters arising during the period of deferred entry of judgment in this case be referred to the Magistrate Judge, absent further order of this Court.

    IT IS SO ORDERED.

DATED: July 28, 2016

                                            MARILYN L. HUFF, District Judge
                                            UNITED STATES DISTRICT COURT